# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER GASTELUM-ALVAREZ,<br><br>　　　　Defendant. | Case No.: 15CR0177-JLS<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION** |

　　Upon motion of the United States of America and good cause appearing therefor,

　　IT IS HEREBY ORDERED that the Information in this case is Dismissed without prejudice.

Dated: June 24, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge